# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FRANCHESKY GARAY,

      Plaintiff,

v.                                                              CASE NO.: 6:25-cv-00254-JSS-RMN

BLUE PATH ABA, INC. f/k/a APPLIED          **JURY TRIAL DEMANDED**
BEHAVIOR CENTER FOR AUTISM,
INC., a Florida Profit Corporation, and
HYNDI KHOMUTETSKY, an individual

      Defendants.

_____/

## <u>PLAINTIFF'S RESPONSE TO COURT INTEROGATORIES</u>

(Responses begin on next page.)

<u>Court Interrogatories to Plaintiff</u>

1. During what period of time were you employed by Defendant?

   **RESPONSE: Plaintiff was employed by Defendants from 2005 until August 27, 2024.**

2. Who was your immediate supervisor?

   **RESPONSE: My immediate supervisor was Defendant Hyndi Khomutetsky.**

3. Did you have a regularly scheduled work period? If so, specify.

   **RESPONSE: No, the schedule varied by the client.**

4. What was your title or position? Briefly describe your job duties.

   **RESPONSE: Plaintiff was a Registered Behavioral Technician working with autistic children who also did handyman work for Defendants.**

5. What was your regular rate of pay?

   **RESPONSE: Plaintiff was paid at a straight rate without any premium pay of time-and-a-half for hours worked above 40.  Plaintiff was mostly paid at a straight rate of $26/hour but at times was paid less.**

6. What is the nature of your claim?

   **RESPONSE: Miscalculation (Defendants failed to correctly calculate compensation without paying the additional half time for hours worked above 40).**

7. Provide an accounting of your claim, including:

   a. Dates

   b. Regular hours worked

   c. Overtime hours worked

   d. Pay received versus pay claimed

   e. Total amount claimed

**RESPONSE: (See chart below)**

| | | | Hour Pay Rate | Friday- Thursday | | Combined OT Hours | Over Time Amount | OT Owed Amount |
|---|---|---|---|---|---|---|---|---|
| Period Begin | Period End | Pay Date | | Week 1 Hours | Week 2 Hours | | | |
| 8/16/2024 | 8/29/2024 | 9/6/2024 | $24.00 | 43.0 hours | 22.0 hours | 3 | $12.00 | $36.00 |
| 8/2/2024 | 8/15/2024 | 8/23/2024 | $26.00 | 46.5 hours | 36 hours | 6.5 | $13.00 | $84.50 |
| 7/19/2024 | 8/1/2024 | 8/9/2024 | $26.00 | 46.0 hours | 46 hours | 12 | $13.00 | $156.00 |
| 7/5/2024 | 7/18/2024 | 7/26/2024 | $26.00 | 57.0 hours | 42.0 hours | 19 | $13.00 | $247.00 |
| 6/21/2024 | 7/4/2024 | 7/12/2024 | $26.00 | 60.0 hours | 30.5 hours | 20 | $13.00 | $260.00 |
| 6/7/2024 | 6/20/2024 | 6/28/2024 | $26.00 | 42.0 hours | 47.5 hours | 9.5 | $13.00 | $123.50 |
| 5/24/2024 | 6/6/2024 | 6/14/2024 | $26.00 | 37.0 hours | 47.0 hours | 7 | $13.00 | $91.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/26/2024 | 5/9/2024 | 5/17/2024 | $26.00 | 46.0 hours | 46.0 hours | 12 | $13.00 | $156.00 |
| 4/12/2024 | 4/25/2024 | 5/3/2024 | $26.00 | 42.0 hours | 45.0 hours | 7 | $13.00 | $91.00 |
| 3/29/2024 | 4/11/2024 | 4/19/2024 | $26.00 | 46.0 hours | 46.0 hours | 12 | $13.00 | $156.00 |
| 3/15/2024 | 3/28/2024 | 4/5/2024 | $26.00 | 42.0 hours | 46.0 hours | 8 | $13.00 | $104.00 |
| 3/1/2024 | 3/14/2024 | 3/22/2024 | $26.00 | 46.0 hours | 46.0 hours | 12 | $13.00 | $156.00 |
| 2/16/2024 | 2/29/2024 | 3/8/2024 | $26.00 | 46.5 hours | 44.5 hours | 11 | $13.00 | $143.00 |
| 2/2/2024 | 2/15/2024 | 2/23/2024 | $26.00 | 26.5 hours | 52.5 hours | 12.5 | $13.00 | $162.50 |
| 1/19/2024 | 2/1/2024 | 2/9/2024 | $26.00 | 43.0 hours | 54.0 hours | 17 | $13.00 | $221.00 |
| 1/5/2024 | 1/18/2024 | 1/26/2024 | $26.00 | 47.5 hours | 45.5 hours | 13 | $13.00 | $169.00 |
| 12/22/2023 | 1/4/2024 | 1/12/2024 | $26.00 | 24.5 hours | 38.0 hours | 0 | $13.00 | $0.00 |
| 12/8/2023 | 12/21/2023 | 12/29/2023 | $26.00 | 59 hours | 47.0 hours | 26 | $13.00 | $338.00 |
| 11/24/2023 | 12/7/2023 | 12/15/2023 | $26.00 | 35.5 hours | 49.0 hours | 9 | $13.00 | $117.00 |
| 11/10/2023 | 11/23/2023 | 12/1/2023 | $26.00 | 54 hours | 45.0 hours | 19 | $13.00 | $247.00 |
| 10/27/2023 | 11/9/2023 | 11/17/2023 | $26.00 | 48.0 hours | 48.0 hours | 16 | $13.00 | $208.00 |
| 10/13/2023 | 10/26/2023 | 11/3/2023 | $26.00 | 47 hours | 45.5 hours | 12.5 | $13.00 | $162.50 |
| 9/29/2023 | 10/12/2023 | 10/20/2023 | $26.00 | 47 hours | 53.0 hours | 20 | $13.00 | $260.00 |
| 9/15/2023 | 9/28/2023 | 10/6/2023 | $26.00 | 40.5 hours | 50.0 hours | 10.5 | $13.00 | $136.50 |
| 9/1/2023 | 9/14/2023 | 9/22/2023 | $26.00 | 42.5 hours | 50.5 hours | 13 | $13.00 | $169.00 |
| 8/18/2023 | 8/31/2023 | 9/8/2023 | $26.00 | 48.0 hours | 35.5 hours | 8 | $13.00 | $104.00 |
| 8/4/2023 | 8/17/2023 | 8/25/2023 | $26.00 | 54.5 hours | 57.0 hours | 21.5 | $13.00 | $279.50 |
| 7/21/2023 | 8/3/2023 | 8/11/2023 | $26.00 | 60.5 hours | 53.25 hours | 33.75 | $13.00 | $438.75 |
| 7/7/2023 | 7/20/2023 | 7/28/2023 | $26.00 | 54 hours | 56.50 hours | 30.5 | $13.00 | $396.50 |
| 6/23/2023 | 7/6/2023 | 7/14/2023 | $26.00 | 47.5 hours | 46.0 hours | 13.5 | $13.00 | $175.50 |
| 6/9/2023 | 6/22/2023 | 6/30/2023 | $24.00 | 52.0 hours | 52.5 hours | 24.5 | $12.00 | $294.00 |
| 5/26/2023 | 6/8/2023 | 6/16/2023 | $26.00 | 49.0 hours | 52.0 hours | 21 | $13.00 | $273.00 |
| 5/12/2023 | 5/25/2023 | 6/2/2023 | $26.00 | 49.5 hours | 49.0 hours | 18.5 | $13.00 | $240.50 |
| 4/28/2023 | 5/11/2023 | 5/19/2023 | $26.00 | 49.0 hours | 55.5 hours | 24.5 | $13.00 | $318.50 |
| 4/14/2023 | 4/27/2023 | 5/5/2023 | $26.00 | 52.5 hours | 52.0 hours | 24.5 | $13.00 | $318.50 |
| 3/31/2023 | 4/13/2023 | 4/21/2023 | $26.00 | 48.5 hours | 52.0 hours | 20.5 | $13.00 | $266.50 |
| 3/17/2023 | 3/30/2023 | 4/7/2023 | $26.00 | 51.0 hours | 52.0 hours | 23 | $13.00 | $299.00 |
| 3/3/2023 | 3/16/2023 | 3/24/2023 | $26.00 | 50.5 hours | 53.50 hours | 24 | $13.00 | $312.00 |
| 2/17/2023 | 3/2/2023 | 3/10/2023 | $26.00 | 57.0 hours | 44.0 hours | 21 | $13.00 | $273.00 |
| 2/3/2023 | 2/16/2023 | 2/24/2023 | $26.00 | 52 hours | 52.5 hours | 24.5 | $13.00 | $318.50 |
| 1/20/2023 | 2/2/2023 | 2/10/2023 | $26.00 | 54.75 hours | 37.0 hours | 14.75 | $13.00 | $191.75 |
| 1/6/2023 | 1/19/2023 | 1/27/2023 | $26.00 | 51.0 hours | 51.0 hours | 22 | $13.00 | $286.00 |
| 12/23/2022 | 1/5/2023 | 1/13/2023 | $26.00 | 42.0 hours | 53.0 hours | 15 | $13.00 | $195.00 |
| 12/9/2022 | 12/22/2022 | 12/30/2022 | $26.00 | 47.0 hours | 47.0 hours | 14 | $13.00 | $182.00 |
| 11/25/2022 | 12/8/2022 | 12/16/2022 | $26.00 | 46.5 hours | 47.0 hours | 13.5 | $13.00 | $175.50 |
| 11/11/2022 | 11/24/2022 | 12/2/2022 | $26.00 | 46.0 hours | 47.0 hours | 13 | $13.00 | $169.00 |
| 10/28/2022 | 11/10/2022 | 11/18/2022 | $26.00 | 47.0 hours | 46.0 hours | 13 | $13.00 | $169.00 |
| 10/14/2022 | 10/27/2022 | 11/4/2022 | $26.00 | 47.5 hours | 47.0 hours | 14.5 | $13.00 | $188.50 |
| 9/30/2022 | 10/13/2022 | 10/21/2022 | $26.00 | 42.0 hours | 47.5 hours | 9.5 | $13.00 | $123.50 |
| 9/16/2022 | 9/29/2022 | 10/7/2022 | $26.00 | 47.5 hours | 40.0 hours | 7.5 | $13.00 | $97.50 |
| 9/2/2022 | 9/15/2022 | 9/23/2022 | $26.00 | 38.0 hours | 52.5 hours | 12.5 | $13.00 | $162.50 |
| 8/19/2022 | 9/1/2022 | 9/9/2022 | $26.00 | 45.5 hours | 48.5 hours | 14 | $13.00 | $182.00 |
| 8/5/2022 | 8/18/2022 | 8/26/2022 | $26.00 | 46.75 hours | 47.0 hours | 13.75 | $13.00 | $178.75 |
| 7/22/2022 | 8/4/2022 | 8/12/2022 | $26.00 | 48.5 hours | 50.0 hours | 18.5 | $13.00 | $240.50 |
| 7/8/2022 | 7/21/2022 | 7/29/2022 | $26.00 | 52.5 hours | 50.0 hours | 22.5 | $13.00 | $292.50 |
| 6/24/2022 | 7/7/2022 | 7/15/2022 | $26.00 | 35.0 hours | 43.0 hours | 3 | $13.00 | $39.00 |
| 6/10/2022 | 6/23/2022 | 7/1/2022 | $26.00 | 47.5 hours | 49.5 hours | 17 | $13.00 | $221.00 |
| 5/27/2022 | 6/9/2022 | 6/17/2022 | $26.00 | 34.5 hours | 56.0 hours | 16 | $13.00 | $208.00 |
| 5/13/2022 | 5/26/2022 | 6/3/2022 | $24.00 | 49.0 hours | 48.5 hours | 17.5 | $12.00 | $210.00 |
| 4/29/2022 | 5/12/2022 | 5/20/2022 | $24.00 | 52.0 hours | 39.0 hours | 12 | $12.00 | $144.00 |
| 4/15/2022 | 4/28/2022 | 5/6/2022 | $24.00 | 45.5 hours | 53.5 hours | 19 | $12.00 | $228.00 |
| 4/1/2022 | 4/14/2022 | 4/22/2002 | $24.00 | 49.0 hours | 45.0 hours | 14 | $12.00 | $168.00 |
| 3/18/2022 | 3/31/2022 | 4/8/2022 | $24.00 | 50.0 hours | 49.0 hours | 19 | $12.00 | $228.00 |
| 3/4/2022 | 3/17/2022 | 3/25/2022 | $24.00 | 49.5 hours | 50.0 hours | 19.5 | $12.00 | $234.00 |
| 2/18/2022 | 3/3/2022 | 3/11/2022 | $24.00 | 50.5 hours | 50.5 hours | 21 | $12.00 | $252.00 |
| 2/4/2022 | 2/17/2022 | 2/25/2022 | $24.00 | 49.5 hours | 50.0 hours | 19.5 | $12.00 | $234.00 |
| | | | | | | | | $13,354.25 |

Total unpaid overtime is $13,354.25, with an equal amount in liquidated damages,

8. If you have brought this case as a collective action:

**RESPONSE: This is a single Plaintiff action and is not a collective action.**

    a. Describe the class of employees you seek to include in this action

    b. Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**RESPONSE: I cannot attest to the exact attorney's fees and costs accrued in this case to date, however I understand the billing rates for the legal professionals who worked on my case to be as follows:**

- **Mary E. Lytle, Attorney ($400.00)**

- **David V. Barszcz, Attorney ($400.00)**

- **Tina Miller, Legal Assistant ($125.00)**

- **Kristina Cabaleiro, Legal Assistant ($125.00)**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**RESPONSE: My first complaint of unpaid overtime to my former employers, was when they were served with the Complaint starting this lawsuit.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy.)

**RESPONSE: The Complaint starting this lawsuit is written.**

12. What was your employer's response? (if a written response, please attach a copy.)

**RESPONSE: The Defendant's filed a Motion to Dismiss.**

_____
                                       Plaintiff(s)

☐

**STATE OF FLORIDA**

COUNTY OF  SEMINOLE        

**BEFORE ME,** the undersigned authority, on this day, personally appeared _____, who being first duly sworn, deposes and says that he/ she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRIBED** before me on the ___19th___ day of ___June___, 2025

NOTARY PUBLIC

Notary Stamp

Signature of Person Taking Acknowledgement
Print Name: TEDDY MUÑOZ

Notary Public State of Florida
Teddy Munoz
My Commission HH 674676
Expires 5/8/2029

Title: Notary Public Serial No. (if any):
Commission Expires: 5/8/2025

Date: June 19, 2025

Respectfully submitted,

/s/ *David V. Barszcz,*
**Mary E. Lytle, Esq.**
Florida Bar No.: 0007950
**David V. Barszcz, Esq.**
Florida Bar No.: 0750581
**LYTLE & BARSZCZ, P.A.**
533 Versailles Drive, Suite 100
Maitland, Florida 32751
Telephone: (407) 622-6544
Facsimile: (407) 622-6545
mlytle@lblaw.attorney
dbarszcz@lblaw.attorney
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2025, pursuant to this honorable Court's Scheduling Order (Doc 28), I served this document by email on Defendant's Counsel, Anthony V. Falzon, Esq. at: tony@anthonyfalzon-law.com and also electronically filed the foregoing with the Clerk by using the CM/ECF system which will send a notice of electronic filing to Defendant's counsel:

Anthony V. Falzon, Esq.

Anthony V. Falzon, P.A.

11601 Biscayne Boulevard, Suite 214

Miami, Florida 33181

tony@anthonyfalzon-law.com

/s/ David V. Barszcz
Counsel for Plaintiff